■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM McKETHAN, Appellant. [946 NYS2d 501]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 25, 1996 (*People v Mc-Kethan*, 225 AD2d 800 [1996]), affirming a judgment of the Supreme Court, Queens County, rendered June 15, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Skelos and Dillon, JJ., concur.